

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 1000
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __December 4, 2020__

December 3, 2020

*Via ECF & First Class Mail*
Honorable Andrew L. Carter, Jr.
United States District Court Judge
United States District Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      **RE:**    Thelma Gomez v. NYHS Design Inc. et al.,
              Docket No. 20-CV-04174 (ALC)

Your Honor:

      This office represents Plaintiff Thelma Gomez ("Plaintiff") in the above-referenced matter. Plaintiff writes to respectfully request an enlargement of time from November 23, 2020 to next Friday, December 11, 2020 to file her motion for default judgment. Plaintiff apologizes for the lateness of this request. The requested extension is necessary due to a calendaring error by counsel as well as the need to facilitate Plaintiff executing her affidavit in support of default judgment.

      Plaintiff thanks the Court for its time and attention.

                                          Respectfully Submitted,

                        By:      /s/Shawn R. Clark
                                 Shawn R. Clark

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 4, 2020

1