**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 Broadway, Suite 620, New York, New York 10006
Tel: (212) 248-7431 Fax: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A Professional Limited Liability Company

January 24, 2022

<u>*Via ECF*</u>
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Courthouse
40 Foley Square
New York, New York 10007

**MEMORANDUM ENDORSED**

    **RE:**    <u>Thelma Gomez v. NYHS Design Inc. et al.,</u>
             Docket No. 20-CV-04174 (ALC)

Your Honor:

       This office represents Plaintiff Thelma Gomez ("Plaintiff") in the above-referenced matter. Plaintiff writes to respectfully request a brief enlargement of time from January 24, 2022 to Friday, January 28, 2022 to file proposed findings of fact and conclusions of law concerning Plaintiff's alleged damages. In light of Plaintiff's request, Plaintiff also seeks a corresponding extension of time for Defendant to file their opposition, if any, from February 23, 2022 to February 28, 2022. Plaintiff apologizes for the lateness of this request. The requested extension is necessary due to the need to finalize Plaintiff's submission as well as the need to facilitate Plaintiff executing a revised affidavit in support of default judgment.

       Plaintiff thanks the Court for its time and attention.

                                                           Respectfully Submitted,

                                        By:    **/s/Shawn R. Clark**
                                                   Shawn R. Clark

The proposed schedule is approved. Plaintiff shall serve a copy of this Order, her papers, and the original scheduling order by January 28, 2022, on defendant at its last known addresses.

So Ordered.

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 24, 2022

1