UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THELMA GOMEZ,

              Plaintiff,                        20 **CIVIL** 4174 (ALC)(GWG)

    -against-                                 **<u>JUDGMENT</u>**

NYHS DESIGN INC.,

              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2022, Plaintiff is awarded judgment in the amount of $175,962.90 against NYHS Design Inc. d/b/a Cleo Nicci Eyewear New York, plus prejudgment interest calculated from August 2, 2018, to the date judgment is entered at the rate of $6.41 per day, in the amount of $9,788.07. If the judgment is not entirely paid within 90 days of judgment, or 90 days after the expiration of appeal, whichever is later, and no appeal is pending, then the total amount of judgment shall automatically increase by 15 percent; accordingly, the case is closed.

**Dated:**  New York, New York
          October 7, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                **BY:**   *K. Mango*
                                                           **Deputy Clerk**